FILED

NOV 0 7 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANNA EBERWEIN | * | |
| | * | |
| v. | * | Civil Action No. SA-00-CA-0842 |
| | * | |
| AUTOZONE, INC. d/b/a | * | |
| AUTOZONE | * | |

## ORDER

Before the Court is Defendant's Motion for Costs and Bill of Costs. The Court finds the motion to be well taken and hereby GRANTS same.

IT IS THEREFORE ORDERED that costs are taxed against Plaintiff Anna Eberwein and in favor of Defendant AutoZone, Inc. in the amount of $3,516.95.

SO ORDERED this _____ day of November, 2001.

_____
H. F. Garcia
United States District Judge